# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MURPHY J. PAINTER, SR.

VERSUS

DUSTIN CLOUATRE, HUGHES
INSURANCE SERVICES, LLC,
PELICAN POST NEWS, L.L.C.,
WADE PETITE, RICKY BABIN,
ABC INSURANCE COMPANY, CLINT
COINTMENT

NO.  2021 CW 0951

**DECEMBER 6, 2021**

---

In Re:  Clint Cointment, applying for supervisory writs, 23rd
        Judicial District Court, Parish of Ascension, No.
        129,894.

---

**BEFORE:  GUIDRY, CHUTZ, AND PENZATO JJ.**

**WRIT DENIED.**

                          **JMG**
                          **WRC**
                          **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT